======================================================================

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

**"UNDER SEAL"**

UNITED STATES OF AMERICA

v.

WILLIAM RICHARD MAXWELL

**WARRANT FOR ARREST**

CASE NO. 5:06CR44

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WILLIAM RICHARD MAXWELL**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with   brief description of offense

conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841, 846__

FRANK G. JOHNS

Name of Issuing Officer

_Tammy O'Brien_

Signature of Issuing Officer

CLERK OF COURT

Title of Issuing Officer

CHARLOTTE, NC   **JUL 27 2006**

Date and Location

Bail fixed at $ __detain__                    by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant_____. | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |